1  **Mark J. Werksman, Esq. (State Bar No. 120767)**
   **WERKSMAN JACKSON & QUINN, LLP**
2  **888 West Sixth Street, Fourth Floor**
   **Los Angeles, California  90017**
3  **Telephone: (213) 688-0460**
   **Facsimile: (213) 624-1942**
4
   **Attorneys for Defendant**
5  Gerardo Ortiz

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  THE UNITED STATES OF          )  **Case No.: 24-CR-00226-MEMF**
                                   )
12  AMERICA,                       )  **STIPULATION TO SET**
                                   )  **SENTENCING HEARING**
13              Plaintiff,         )  **REGARDING FINANCIAL**
                                   )  **PENALTIES; [PROPOSED]**
14      vs.                        )  **ORDER**
                                   )
15  GERARDO ORTIZ MEDINA,          )  **PROPOSED DATE AND TIME:**
                                   )
16              Defendant.         )  **JANUARY, 2026 AT 2:00 P.M.**
                                   )
17  _____)

18          Defendant Gerardo Ortiz Medina, both individually and by and through his

19  counsel of record, Mark J. Werksman, and Plaintiff United States of America, by

20  and through its counsel of record, the United States District Attorney for the

21  Central District of California and Assistant United States Attorneys Benedetto

22  Balding and  Alexander Schwab, hereby agree and stipulate to set a sentencing

23  hearing pertaining to financial penalties to be imposed by the court in this case for

24  January 14, 2026 at 2:00 p.m.

25  / / /

26  / / /

27  / / /

28  / / /

1

IT IS SO STIPULATED.

DATE: 12/12/2025 _____

Mark J. Werksman
Attorney for Defendant
Gerardo Ortiz Medina


DATE: 12/12/2025 _____

/s/Alexander Schwab

Alexander Schwab
Assistant United States Attorney

2