UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>GERARDO ORTIZ MEDINA,<br><br>        Defendant. | Case No.: 24-CR-00226-MEMF<br><br>**[PROPOSED] ORDER TO SET SENTENCING HEARING REGARDING FINANCIAL PENALTIES** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that a sentencing hearing date regarding financial penalties for Defendant Gerardo Ortiz Medina shall be set for January 14, 2026 at 2:00 p.m.

IT IS SO ORDERED.

Dated: December ___, 2025

                                                      _____
                                                      Honorable Maame Ewusi-Mensah Frimpong
                                                      United States District Court Judge