UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>GERARDO ORTIZ MEDINA,<br><br>                Defendant. | Case No.: 2:24-cr-00226-MEMF<br><br>**ORDER TO SET SENTENCING HEARING REGARDING FINANCIAL PENALTIES [DKT. NO. 46]**<br><br>**SENTENCING DATE: JANUARY 14, 2026, AT 2:00 P.M.** |

    The Court has read and considered the Stipulation to set sentencing hearing regarding financial penalties, filed by the parties in this matter on December 12, 2025. Dkt. No. 46. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause, and hereby ORDERS:

    1.    The sentencing hearing regarding financial penalties for defendant Gerardo Ortiz Medina is hereby set for January 14, 2026, at 2:00 p.m. Defendant shall appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California for sentencing at that date and time.

    2.    Any additional submissions regarding the financial penalties or any objections to the presentence report concerning the financial penalties are due by January 8, 2026.

1

3. If either party seeks to have any witnesses heard at the sentencing hearing, they should advise the Courtroom Deputy Clerk via email by the Friday before the hearing and indicate whether they request that any of the witnesses be heard via Zoom.

IT IS SO ORDERED.

Dated: January 5, 2026

                MAAME EWUSI-MENSAH FRIMPONG
                United States District Judge