|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 24-CR-00226-MEMF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PERMISSION TO TRAVEL TO MEXICO FOR WORK** |
| vs. |  |
| GERARDO ORTIZ MEDINA, |  |
| Defendant. |  |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Gerardo Ortiz Medina's terms and conditions of probation shall be modified in order that he shall be permitted to travel to Mexico for work on the following occasions:

1. First Requested Trip – Mr. Ortiz Medina shall be permitted to travel to a perform at a concert in Xochimilco, Mexico on January 17, 2026. He may leave Los Angeles on January 17, 2026 on a flight to Mexico City, Mexico to get to the concert. He shall then return to Los Angeles, California the next morning, January 18, 2026 on a return flight from Mexico City to Los Angeles.

2. Second Requested Trip – Mr. Ortiz Medina may perform in Montezuma, State of Sonora, Mexico on January 30, 2026. He is permitted to

travel from LAX on January 30, 2026 to Hermosillo, State of Sonora, Mexico where he has a concert scheduled.  Mr. Ortiz Medina may then fly the next day, January 31, 2026 from Mexico City to Merida, State of Yucatan, Mexico for a concert that night.  He shall then fly back from Mexico City to LAX on February 1, 2026

3. Third Requested Trip – Mr. Ortiz Medina may perform on March 14, 2026 in Texcoco, State of Sonora, Mexico. Mr. Ortiz Medina is permitted would travel to Texcoco from Los Angeles, California on March 14, returning to Los Angeles the next morning, March 15, 2026.

4. It is further ordered that Mr. Ortiz Medina shall inform the US Probation Office of his travel itinerary no later than 24 hours prior to his departure (with the exception of the travel permitted for January 17, 2026 for which there is insufficient time), and he shall inform Probation of his return to Los Angeles no later than 48 after his return.

5. All other terms and conditions of probation shall remain the same.

IT IS SO ORDERED.

Dated: January ___, 2026

_____
Honorable Maame Ewusi-Mensah Frimpong
United States District Court Judge

2

NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant's *Ex Parte* Application to Permission to Travel to Mexico for Work is DENIED. The Clerk shall destroy the chamber's copy of these documents.

Dated: January ___, 2026

                                                                                                         _____
                                                                                                            Honorable Maame Ewusi-Mensah Frimpong
                                                                                                           United States District Court Judge