UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | 2:24-cr-00226-MEMF-1 | | Date: | April 1, 2026 |
|---|---|---|---|---|

| Present: The Honorable | **MAAME EWUSI-MENSAH FRIMPONG,**<br>**UNITED STATES DISTRICT JUDGE** |
|---|---|

| Interpreter: | Jesus Rivera, Spanish Interpreter |
|---|---|

| Damon Berry | CourtSmart | Kathrynne Seiden |
|---|---|---|
| *Deputy Clerk* | *Court Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Gerardo Ortiz Medina | √ | | √ | Mark Werksman | √ | | √ |

**Proceedings:**   **SENTENCING REGARDING FINES**

The case called and counsel make their appearances. The Court and counsel conferred regarding the fine the defendant shall pay to the United States.

For the reasons stated on the record, the defendant is **ORDERED** to pay to the United States a fine of $1.5 million dollars.

Refer to separate Amended Judgment Order.

**IT IS SO ORDERED.**

:      16

Initials of Deputy Clerk    DBE